**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 30, 2015

Mr. Cedric Raphael Davis-Williams
Spater & Davis-Williams
1188 S. High Street
Columbus, OH 43206-3413

Ms. Tamara R. Parker
Legal Aid Society of Columbus
1108 City Park Avenue
Columbus, OH 43206

Mr. Timothy Terry Reid
Mansour Gavin
1001 Lakeside Avenue
Suite 1400
Cleveland, OH 44113

Ms. Jaclyn Catherine Staple
Mansour Gavin
1001 Lakeside Avenue
Suite 1400
Cleveland, OH 44113

 Re: Case No. 14-4011, *Lena Painter-Payne, et al v. Vesta West Bay, LLC*
  Originating Case No. : 2:12-cv-00912

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                   Sincerely yours,

                   s/Connie A. Weiskittel
                   Mediation Administrator

cc:  Mr. John P. Hehman

Enclosure

No mandate to issue

Case No. 14-4011

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

LENA M. PAINTER-PAYNE; CHRISTOPHER PAINTER

    Plaintiffs - Appellants

v.

VESTA WEST BAY, LLC, dba West Bay Apartments

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

        **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: January 30, 2015